# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| Mike McGee, | ) | |
|     Plaintiff, | ) | Case No: 3:16 CV 50299 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Social Security Administration, | ) | |
|     Defendant. | ) | |

## REPORT AND RECOMMENDATION

      The administrative record was filed 11/17/2016, Dkt. 11, making the plaintiff's memorandum in support of a motion for summary judgment due 1/17/2017. See Local Rule 16.4(a). When the plaintiff failed to meet that deadline, the Court extended it to 4/21/2017 and warned that failing to file a memorandum by that date would result in a Report and Recommendation that the case be dismissed for want of prosecution. Dkt. 13. As of 4/27/2017, the plaintiff has still failed to file his memorandum. Accordingly, it is this Court's Report and Recommendation to the District Court Judge that this case be dismissed for want of prosecution. Any objection must be filed by 5/15/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: May 1, 2017                                             /s/ Iain D. Johnston
                                                                                     U.S. Magistrate Judge