# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mike McGee, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Case No: 16 C 50299 |
| Social Security Administration, | ) ) ) | |
| *Defendant.* | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [14] from the magistrate judge that this case be dismissed for failure to prosecute. Plaintiff has failed to file his memorandum in support of his summary judgment motion after being instructed by the court and receiving several extensions. Plaintiff was warned that failure to meet the April 21, 2017 deadline would result in a R&R that his case be dismissed. Any objections were to be filed by May 15, 2017. No objections have been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and dismisses this case. This case is closed.

Date: 5/19/2017    ENTER:

_____
FREDERICK J. KAPALA

District Judge